IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : <br> A Municipal Corporation : <br> One Judiciary Square : <br> Washington, D.C. 20001 : <br> : <br> : Civil Action No. 05-1309 (RJL) <br> Plaintiff, : <br> : <br> v. : <br> : <br> M.J. : <br> By her parents : <br> And next friends, CAROLYN JEPPSEN : <br> AND DAVID JEPPSEN : <br> : | |

## ADMINISTRATIVE RECORD

A paper copy of the administrative record in the above captioned case

is being submitted to the Clerk of the Court and is available for review.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General for the District of Columbia


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel

441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625

September 29, 2004