IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment and Defendant's Opposition it is hereby:

ORDERED, that the Plaintiff's Motion for Summary Judgment is DENIED;

FURTHER ORDERED: that the March 28, 2005, Hearing Officer's Determination is upheld.

_____          _____
Date                                Richard J. Leon
                                    UNITED STATES DISTRICT JUDGE