IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| : | |
| : | Civil Action No. 05-1309 |
| Plaintiff, : | (RJL) |
| : | |
| v. : | |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE REPLY TO DEFENDANT'S ANSWER
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through counsel, respectfully moves this honorable Court for an extension of time, up to and including January 30, 2006, in which to file a Reply to Defendant's "Answer" to Plaintiff's Motion for Summary Judgment, filed on December 14, 2005.  Plaintiff's Reply currently is due on December 29, 2005.  At this time the undersigned is suffering from a virus affecting her inner ear (viral labyrinthitis) which is causing dizziness, nausea and fatigue.  As a result, the undersigned has only been able to spend a partial day at the office. The undersigned is unsure how long the condition will last.

Defendant will not be prejudiced by the extension of time and consents to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6N-05
Washington, DC 20001
(202) 442-9842
FAX  727-3625


December 27, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| : | |
| : | Civil Action No. 05-1309 |
| Plaintiff, : | (RJL) |
| : | |
| v. : | |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Defendant consents to this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    for the District of Columbia
    Civil Litigation Division

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6N-05
Washington, DC 20001
(202) 442-9842
FAX  727-3625

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| Plaintiff, : | Civil Action No. 05-1309 (RJL) |
| : | |
| v. : | |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for an extension of time in which to respond to Defendant's Answer to Plaintiff's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2005, hereby

ORDERED, that plaintiff's Motion is GRANTED; and

IT IS FURTHER ORDERED, that Plaintiff's Reply is due on January 30, 2006.

_____
United States District Court Judge