IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

ORDER

Upon consideration of the Defendant's Motion for Leave to File a Motion to Dismiss Based on New Facts Rendering this Case Moot, it is hereby:

ORDERED, that the Defendant's Motion for Leave to File a Motion to Dismiss is GRANTED.

_____                              _____
Date                                     Richard J. Leon
                                         UNITED STATES DISTRICT JUDGE