DISTRICT OF COLUMBIA PUBLIC SCHOOLS
ENFORCEMENT AND INVESTIGATION DIVISION

SPECIAL EDUCATION DUE PROCESS HEARING

CONFIDENTIAL

## HEARING OFFICER'S DETERMINATION

**STUDENT:** Mia Jeppsen   **DATE OF BIRTH:** 7/6/98

**ADDRESS:** 5818 Chevy Chase Pkwy, N.W.
Washington, D.C. 20015

**PRESENT SCHOOL ATTENDING:** The River School
**HOME SCHOOL:** N/A

**DATE OF HEARING:** January 23, 2006

Student's Representative: Ellen Douglas Dalton, Esq.
Address: 1008 Pendleton Street
Alexandria, VA. 22314
FAX: 703-739-2323

School System's Representative: Rashida Chapman, Esq.
Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002

DEFENDANT'S EXHIBIT 2

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on January 23, 2006, at the request of Ellen Douglass Dalton, counsel for the parents and the student. Rashida Chapman represented DCPS, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; further reauthorized as the IDEA Improvement Act of 2004 (P.L. 108-446) and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**DISPOSITION OF THE CASE:**

Counsel for the parties entered a settlement agreement on the record. That accord is incorporated into the following ORDER:

It is hereby **ORDERED** that:

DCPS agrees to fund and place the student at The River School for the 2005-2006 School Year. The placement at The River School for the current school year will be unaffected by pending federal litigation on the 2004-2005 School Year.

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer
Date Issued: 1/24/06

Date filed: January 24, 2006

2