IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

### DEFENDANT'S MOTION FOR RECONSIDERATION OF THE DENIAL OF ITS MOTION FOR LEAVE TO FILE A MOTION TO DISMISS

COMES NOW, the Defendant, by and through counsel, and respectfully moves this honorable Court to reconsider its March 2, 2006 Minute Order denying the Defendant's Motion for Leave to File a Motion to Dismiss. Please see the accompanying Memorandum of Points and Authorities.

March 15, 2006

Respectfully submitted,

_____/s/_____
ELLEN DOUGLASS DALTON, Esq.
Counsel for the Defendant
Bar # 411612
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
DEFENDANT'S MOTION FOR RECONSIDERATION OF
THE DENIAL OF ITS MOTION FOR LEAVE TO
FILE A MOTION TO DISMISS**

At the time the Defendant filed its Motion for Leave to File a Motion to Dismiss on January 31, 2006, the Defendant did not have access to the written transcript of the due process hearing held on January 23, 2006.  The Defendant has now obtained a copy of the transcript.  The Defendant respectfully requests that this Court review the transcript which details the Hearing Officer's account of the relevancy of this current appeal given the outcome of the hearing.  (*See* Def's Ex. A at 67-69.)  The Defendant wants to ensure that this Court has all relevant information prior to going forward with this case and ruling on the Summary Judgment Motion. (*See* Def's Ex. B.)

By this Motion for Reconsideration, the Defendant respectfully requests this Court to reconsider its March 2, 2006 Minute Order denying the Defendant's Motion for Leave to File a Motion to Dismiss.

March 15, 2006                                             Respectfully submitted,

                                                                                       /s/
                                            ELLEN DOUGLASS DALTON, Esq.
                                            Counsel for the Defendant
                                            Bar # 411612
                                            Dalton, Dalton, & Houston P.C.
                                            1008 Pendleton Street
                                            Alexandria, Virginia 22314
                                            (703) 739-4300
                                            (703) 739-2323 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 15th day of March, 2006.

                                       /s/
                       ELLEN DOUGLASS DALTON, Esq.
                           Counsel for the Defendant