IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant | : | |
| | : | |

**ORDER**

Upon consideration of the Defendant's Motion to Dismiss Based on New Facts Rendering this Case Moot, it is hereby:

ORDERED, that the Defendant's Motion to Dismiss is GRANTED, with prejudice;

It is FURTHER ORDERED that the Defendant is considered the prevailing party and may submit its petition for reasonable attorneys' fees.

_____  _____
Date                            Richard J. Leon
                                    UNITED STATES DISTRICT JUDGE