IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| Plaintiff, : | Civil Action No. 05-1309 |
| : | (RJL) |
| v. : | |
| JEPPSEN : | |
| Defendant : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now plaintiff District of Columbia, by and through counsel, and moves this honorable Court for leave to file a Response to defendant's Reply to Plaintiff's Opposition to defendant's Motion to Dismiss. The sole ground for said request is to alert the Court that defendant cited incorrect law when it sought to have its Motion to Dismiss conceded because plaintiff allegedly was untimely in filing its Opposition. Defendant erroneously cited Fed. R. Civ. P. 6(a) instead of Fed. R. Civ. P 6 (e).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of Columbia

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625

May 3, 2006

## Certificate Pursuant to LCvR 7.1(m)

I hereby certify that on May 1, 2006, the undersigned counsel left a telephonic message on defendant's counsel's answering machine requesting consent for the relief sought. To date the undersigned has received no response.

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ
Senior Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| : | |
| : | Civil Action No. 05-1309 |
| Plaintiff, : | (RJL) |
| : | |
| v. : | |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE**

1. Local Rule 7A

2. The inherent power of the Court.

3. The entire record herein

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]

Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625

May 3, 2006