IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| : | |
| : | Civil Action No. 05-1309 |
| Plaintiff, : | (RJL) |
| : | |
| v. : | |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

On April 27, 2006, defendant filed a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss in which they incorrectly assert that Plaintiff's Opposition was untimely filed and therefore the Court should treat defendant's Motion to Dismiss as conceded.

Defendant filed its Motion to Dismiss on April 7, 2006. Pursuant to Fed. R. Civ. P. 6 (e) "[w]henever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party under Rule 5(b)(2)(B), (C), or (D), **3 days shall be added to the prescribed period.**" (Emphasis added). Fed. R. Civ. P. 5(b)(2)(D), provides for service by electronic means.

In the instant case defendant filed its Motion to Dismiss by electronic means on April 7, 2006. Accordingly, plaintiff's Opposition was not due until April 21, 2006.

Plaintiff filed its Opposition on April 20, 2006, one day **before** the date it was due. Accordingly, plaintiff's Opposition was timely filed.

While defendant's Reply is replete with allegations that the plaintiff is misrepresenting the facts, it is defendant who not only has erred in her recitation of the law but also in her statement of the facts. Defendant consistently misquotes the Hearing Officer when she states that he urged plaintiff herein to dismiss the underlying case. (Def's reply at 3, Def's Motion to Dismiss at 5). Plaintiff refers the Court to defendant's Ex. 3, pp. 67-69 for an accurate reading of the Hearing Officer's comments.

Plaintiff will not burden the Court with another pleading that reiterates facts and law previously discussed, but only urges the Court to review all the pleadings in this case, including plaintiff's Motion for Summary Judgment and Reply to defendant's Opposition, as well as the Administrative Record, to make its determination that the case should not be dismissed.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General for the District of Columbia

                        /s/ Edward P. Taptich
                        EDWARD P. TAPTICH [012914]
                        Chief, Equity, Section 2

                        /s/ Maria L. Merkowitz
                        MARIA L. MERKOWITZ [312967]
                        Senior Litigation Counsel
                        441 4th Street, N.W.

Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625

May 3, 2006