IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 05-1309 |
| v. : | (RJL) |
| : | |
| JEPPSEN : | |
| : | |
| Defendant : | |
| : | |
| _____ : | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY**

Comes now Defendant, by and through counsel, and opposes Plaintiff's Motion for Leave to File a Response.  The grounds for the opposition are as follows:

The plaintiff states that its sole ground for its request "is to alert the Court that defendant cited incorrect law." After reviewing the plaintiff's attached response it is clear that plaintiff's primary reason for filing this motion was to have an opportunity to offer further rebuttal to arguments made in defendant's reply.  Plaintiff's arguments in her attached response have little to do with the timeliness of plaintiff's filing of the original opposition.  In fact, over half of the plaintiff's attached response is devoted to arguing the meaning of the transcript of the most recent hearing.  The defendant believes the procedures of filing oppositions and replies should be adhered to for efficiency and closure of the issues.

While defendant mentioned in her reply the untimeliness of the plaintiff's opposition, a response was not required nor permitted by the plaintiff as the defendant never filed a Motion to Strike.  Additionally, the proposed response offers no new factual information as the Court is

capable of making a conclusion of law on this issue. The filing of additional pleadings simply delays the Court being able to render a timely decision on the Motion to Dismiss. Therefore, defendant respectfully requests the Court deny plaintiff's Motion for Leave.

Respectfully submitted,

/s/
ELLEN DOUGLASS DALTON, Esq.
Counsel for the Defendant
Bar # 411612
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (fax)

May 5, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 5th day of May, 2006.

/s/
ELLEN DOUGLASS DALTON, Esq.
Counsel for the Defendant