UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,     ) | |
|     ) | |
|    Plaintiff,     ) | |
|     ) | |
|    v.     ) | Civ. Action No. 05-1309 (RJL) |
|     ) | |
| CAROLYN JEPPSEN,     ) | **FILED** |
| M.J. By her parent and next friend,     ) | |
|     ) | JUL 1 3 2006 |
|    Defendant.     ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 7th day of July 2006, hereby

**ORDERED** that defendant's Motion to Dismiss is GRANTED; it is further

**ORDERED** that plaintiff's Motion for Summary Judgment is DENIED AS MOOT; and it is further

**ORDERED** that the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge