IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | Civil Action No. 05-1309 |
| Plaintiff, | : | (RJL) |
| | : | |
| v. | : | |
| | : | |
| JEPPSEN | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion to Amend the Judgment and Petition for Attorneys' Fees, it is hereby:

ORDERED, that the Defendant's Motion to Amend the Judgment is GRANTED;

It is FURTHER ORDERED that the Defendant's Petition for Attorneys' Fees is GRANTED;

The Plaintiff is hereby ORDERED to submit payment to the Defendant for attorneys' fees in the amount of $19,996.50 within thirty (30) days of this Order, at which time post-judgment interest will begin to accrue.

_____                          _____
Date                                                                  Richard J. Leon
                                                                            UNITED STATES DISTRICT JUDGE