# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen.... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 6/29/2005 | TCW/ MS. MERKOWITZ RE: DCPS FILING APPEAL TO FEDERAL COURT. | 0.2 | EDD | 59.00 |
| 7/7/2005 | TCW/MS. JEPPSEN | 0.1 | EDD | 29.50 |
| 7/18/2005 | READ AND REVIEW COMPLAINT; TCW/ ATTY. MERKOWITZ; REVIEW IEP AND OTHER DOCUMENTS SUBMITTED AT DUE PROCESS HEARING; PREPARE DRAFT ANSWER. | 3 | EDD | 885.00 |
| 7/19/2005 | REVIEW & REVISE DRAFT ANSWER; REVIEW CASE MANAGEMENT ORDER; SUBMIT ANSWER ELECTRONICALLY. | 2 | EDD | 590.00 |
| 7/22/2005 | PREPARE RETAINER AGREEMENT AND LETTER TO CLIENT. | 1 | EDD | 295.00 |
| 8/4/2005 | READ & REVIEW THREE OTHER HEARING OFFICER'S DETERMINATIONS PERTAINING TO THE SAME ISSUES IN OUR CASE TO DETERMINE WHETHER DECISIONS WERE SIMILAR AND NOT CONFLICTING ON THE LEGAL ISSUES; TCW/ MS. JEPPSEN; TCW/ MARIA MERKOWITZ RE: CASE MANAGEMENT SCHEDULING ORDER. | 2.4 | EDD | 708.00 |
| 8/12/2005 | REVIEW MEET & CONFER STATEMENT AND REVISE VERSION FROM DCPS COUNSEL. | 1 | EDD | 295.00 |
| 8/23/2005 | REVIEW CONFIRMATION OF MEETING NOTICE FROM MS. OWENS; PREPARE LETTER TO CLIENT; TC/ TO CLIENT; TCW/ MS. MARKOWITZ RE: FILING OF MEET & CONFER STATEMENT; REVIEW ORDER ENTERED BY JUDGE RE: SCHEDULING AND BRIEFING DATES; POSTED DATES ON CALENDAR. | 1 | EDD | 295.00 |
| 10/29/2005 | READ & REVIEW ADMINSTRATIVE RECORD | 3 | EDD | 885.00 |
| 11/4/2005 | CONTINUE READING AND REVIEWING ADMINSTRATIVE RECORD IN PREPARATION FOR MOTIONS AND OPPOSITIONS. | 3 | EDD | 885.00 |

Total

Payments/Credits

Balance Due

**Attachment A**

**Dalton, Dalton & Houston,**
1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| | Terms | Project |
|---|---|---|
| | | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 11/16/2005 | RECEIVE AND READ MOTION FOR SUMMARY JUDGMENT. | 1 | EDD | 295.00 |
| 11/23/2005 | BEGIN REVIEW OF RECORD IN PREPARATION FOR DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 2 | KTM | 150.00 |
| 11/25/2005 | CONTINUE REVIEW OF RECORD AND BEGIN CASE LAW RESEARCH IN PREPARATION FOR DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 1 | KTM | 75.00 |
| 11/26/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 2 | KTM | 150.00 |
| 11/29/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 3 | KTM | 225.00 |
| 11/30/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 1 | KTM | 75.00 |
| 12/1/2005 | BEGIN DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 4 | KTM | 300.00 |
| 12/2/2005 | CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; SUBMIT TO E. DALTON FOR REVIEW. | 4 | KTM | 300.00 |
| 12/12/2005 | CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DISCUSSION WITH E. DALTON REGARDING SAME. | 4 | KTM | 300.00 |
| 12/13/2005 | REVIEW & REVISE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | 1 | EDD | 295.00 |

| | Total |
|---|---|
| | Payments/Credits |
| | Balance Due |

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 12/13/2005 | CONDUCT ADDITIONAL CASE LAW RESEARCH PURSUANT TO DISCUSSION WITH E. DALTON; CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 6 | KTM | 450.00 |
| 12/14/2005 | COMPLETE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; SUBMIT TO E. DALTON FOR REVIEW. | 3 | KTM | 225.00 |
| 12/27/2005 | CHECK AND PRINT ELEC FILING | 0.2 | JMS | 30.00 |
| 1/25/2006 | DISCUSS FILING MOTION FOR SUMMARY JUDGEMENT OR IN THE ALTERNATIVE MOTION TO DISMISS WITH WEH; REVIEW PLEADINGS; TC/ MS. MERKOWITCZ RE: REQUESTING CONSENT TO FILE MOTION FOR SUMMARY JUDGMENT; PCW/ JMS TO PREPARE MOTION FOR LEAVE TO FILE MOTION AND MOTION. | 1 | EDD | 295.00 |
| 1/25/2006 | REVIEW LOCAL RULES FOR MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND CASE LAW REGARDING MOOTNESS | 0.4 | LED | 78.00 |
| 1/25/2006 | DRAFT MOTION FOR LEAVE TO FILE / MOTION TO DISMISS | 1.8 | JMS | 270.00 |
| 1/26/2006 | REVIEW MOTION AND TCW/ MS. MERKOWITZ | 0.5 | EDD | 147.50 |
| 1/30/2006 | CHECK AND PRINT ELEC FILING; REVIEW DCPS REPLY RE MOTION FOR SJ | 0.3 | JMS | 45.00 |
| 1/31/2006 | TCW/ MS. MERKOWITZC; DISCUSS REVISIONS AND REDRAFTING MOTION TO DISMISS. | 0.9 | EDD | 265.50 |
| 1/31/2006 | REVIEW MOTION FOR LEAVE AND FORMAT FOR FILING | 0.2 | LED | 39.00 |
| 1/31/2006 | CONTINUE DRAFTING MOTION FOR LEAVE TO FILE MOTION TO DISMISS BASED ON NEW FACTS RENDERING THE CASE MOOT | 1.4 | JMS | 210.00 |

**Total**

**Payments/Credits**

**Balance Due**

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
|  | Federal Ct. (Jeppsen.... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 1/31/2006 | FINALIZE MOTION FOR LEAVE TO FILE MOTION TO DISMISS; SCAN DOCUMENTS FOR ELEC FILING; FILE MOTION AND ATTACHED EXHIBITS | 0.8 | JMS | 120.00 |
| 2/1/2006 | CHECK AND PRINT ELEC FILINGS | 0.1 | JMS | 15.00 |
| 2/8/2006 | CASE LAW RESEARCH RE FEE CAP NOT APPLYING WHEN DC BRINGS CLAIM; CONTINUE DRAFTING MOTION TO DISMISS | 1.2 | JMS | 180.00 |
| 2/8/2006 | PROOF READ / EDIT MOTION TO DISMISS | 0.5 | JMS | 75.00 |
| 2/9/2006 | REVISE AND PRINT MOTION TO DISMISS FOR EDD REVIEW | 0.3 | JMS | 45.00 |
| 2/13/2006 | RESEARCH AND REVIEW TIMELINES FOR FILING ANSWERS TO MOTIONS | 0.3 | JMS | 45.00 |
| 2/15/2006 | REVIEW PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; PCW/JMS RE: REPLY; PREPARE LETTER TO CLIENT; REVIEW BILLING ; READ, REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT IN PREPARATION FOR FILING ONCE LEAVE IS GRANTED. | 2 | EDD | 590.00 |
| 2/15/2006 | CHECK AND PRINT ELECTRONIC FILINGS; REVIEW PLAINTIFF'S OPPOSITION TO DEF'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS; DISCUSS CASE STRATEGY AND REPLY MOTION OPTIONS WITH EDD & LED | 0.6 | JMS | 90.00 |
| 2/17/2006 | PCW/ JMS RE: ARGUMENTS TO MAKE IN OUR REPLY TO PLTF'S OPPOSITION TO MOTION TO DISMISS. | 0.2 | EDD | 59.00 |
| 2/17/2006 | RESEARCH RE: SPECIAL DAMAGES & TIMELINES FOR MOTIONS TO DISMISS AFTER NEW FACTS ARISE | 2 | JMS | 300.00 |
| 2/17/2006 | DRAFT AND EDIT REPLY TO PL'S OPPOSITION TO DEF'S MOTION FOR LEAVE TO FILE A MOTION TO DISMISS | 2.4 | JMS | 360.00 |

Total

Payments/Credits

Balance Due

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| | Terms | Project |
|---|---|---|
| | | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 2/17/2006 | REVIEW REPLY TO MOTION FOR LEAVE; REVIEW FED RULES FOR RULES ON MOTIONS TO DISMISS AND TIMELINES | 0.3 | LED | 58.50 |
| 2/18/2006 | REVIEW EDITS RE MOTION TO DISMISS | 0.5 | JMS | 75.00 |
| 2/20/2006 | READ AND REVIEW DRAFT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION TO DISMISS. | 0.8 | EDD | 236.00 |
| 2/20/2006 | DRAFT AND SEND REQUEST FOR TRANSCRIPT OF 2ND DP HEARING TO SHO FOR USE IN FEDERAL MOTION TO DISMISS | 0.3 | JMS | 45.00 |
| 2/20/2006 | EDIT & REVISE MOTION TO DISMISS | 1 | JMS | 150.00 |
| 2/20/2006 | REVISE DEF'S REPLY TO PL'S OPPOSITION RE MOTION FOR LEAVE TO FILE MOTION TO DISMISS | 0.5 | JMS | 75.00 |
| 2/21/2006 | REVISE AND FINALIZE REPLY FOR MOTION FOR LEAVE; CONVERT TO PDF FOR ELECTRONIC FILING; ELECTRONICALLY FILE REPLY AND TEXT OF PROPOSED ORDER | 1.3 | JMS | 195.00 |
| 2/21/2006 | CHECK AND PRINT ELEC FILINGS | 0.1 | JMS | 15.00 |
| 2/24/2006 | LISTEN TO TRANSCRIPT OF CD OF HEARING IN PREPARATION FOR MOTION TO DISMISS. | 1.5 | EDD | 442.50 |
| 2/24/2006 | TCW/ SHO RE REQUEST OF WRITTEN TRANSCRIPT OF HEARING FOR MOTION TO DISMISS | 0.2 | JMS | 30.00 |
| 3/6/2006 | TCW/ EDD RE COURT ORDER; RESEARCH RE FILING MOTION FOR RECONSIDERATION | 0.4 | JMS | 60.00 |
| 3/7/2006 | RESEARCHING MOTIONS FOR RECONSIDERATION | 0.4 | LED | 78.00 |
| 3/7/2006 | CONTINUE RESEARCHING MOTIONS FOR RECONSIDERATION | 0.4 | LED | 78.00 |

Total

Payments/Credits

Balance Due

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 3/7/2006 | TCW/ JUDGE LEON'S CLERK RE RECENT ORDER; RESEARCH AND PCW/ LED RE MOTION FOR RECONSIDERATION | 0.4 | JMS | 60.00 |
| 3/15/2006 | DRAFT AND REVISE MOTION FOR RECONSIDERATION OF 3/2/06 MINUTE ORDER; CONVERT TO PDF FORMAT; SCAN EXHIBITS INTO PDF FORMAT; ELECTRONICALLY FILE MOTION | 1.5 | JMS | 225.00 |
| 3/28/2006 | RECEIVE AND READ DCPS'S RESPONSE TO OUR MOTION FOR RECONSIDERATION; PCW/ JMS RE: OUR REPLY. | 0.3 | EDD | 88.50 |
| 3/31/2006 | REVIEW OPPOSITION AND REPLY TO MOTION FOR RECONSIDERATION | 0.3 | LED | 58.50 |
| 4/3/2006 | READ AND REVIEW DRAFT REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION. | 0.5 | EDD | 147.50 |
| 4/3/2006 | FINALIZE REPLY AND FILE ELECTRONICALLY W/ EXHIBITS | 0.5 | JMS | 75.00 |
| 4/3/2006 | READ AND REVIEW DRAFT REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION. | 0.5 | EDD | 147.50 |
| 4/4/2006 | RECEIVE AND READ ORDER GRANTING MOTION FOR RECONSIDERATION AND ALLOWING DEFENDANT TO FILE MOTION TO DISMISS. REVIEW DRAFT OF MOTION TO DISMISS AND MAKE REVISIONS. | 1.5 | EDD | 442.50 |
| 4/4/2006 | CHECK AND PRINT ELEC FILINGS; RECEIVE AND REVIEW ORDER GRANTING DEF'S MOTION FOR RECONSIDERATION AND ORDERING DEF TO FILE MOTION TO DISMISS | 0.2 | JMS | 30.00 |
| 4/4/2006 | REVIEW AND EDIT MOTION TO DISMISS | 0.5 | JMS | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 4/4/2006 | RECEIVE AND READ ORDER GRANTING MOTION FOR RECONSIDERATION AND ALLOWING DEFENDANT TO FILE MOTION TO DISMISS. REVIEW DRAFT OF MOTION TO DISMISS AND MAKE REVISIONS. | 1.5 | EDD | 442.50 |
| 4/5/2006 | REVIEW DRAFT OF MOTION TO DISMISS WITH ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES. | 0.7 | EDD | 206.50 |
| 4/5/2006 | REVISE MOTION TO DISMISS & DRAFT ORDER; SCAN EXHIBITS FOR ELECTRONIC FILING | 1.5 | JMS | 225.00 |
| 4/5/2006 | REVIEW DRAFT OF MOTION TO DISMISS WITH ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES. | 0.7 | EDD | 206.50 |
| 4/6/2006 | PCW/ RE STRATEGY W/ EDD | 0.2 | JMS | 30.00 |
| 4/7/2006 | FINALIZE MOTION TO DISMISS; CONVERT MOTION TO PDF FOR ELECTRONIC FILING; FILE MOTION TO DISMISS W/ 5 ATTACHED EXHIBITS AND PROPOSED ORDER | 1.5 | JMS | 225.00 |
| 4/19/2006 | RECEIVE CALL FROM MS. MERKOWITZ; PCW/ JMS RE: DRAFTING RESPONSE TO MS. MERKOWITZ'S REQUEST FOR EXTENSION OF TIME; REVIEW DRAFT LETTER. | 0.3 | EDD | 88.50 |
| 4/19/2006 | REVIEW DOCKET SHEET; LISTEN TO VOICEMAIL REQUEST FOR EXTENSION OF TIME FROM MS MERKOWITZ; DRAFT AND FAX LETTER TO MS. MERKOWITZ; TCW/ MS MERKOWITZ RE PROBLEMS W/ HER FAX MACHINE; EMAIL LETTER TO MS MERKOWITZ | 0.7 | JMS | 105.00 |
| 4/20/2006 | RECEIVE AND RESPOND TO EMAIL FROM MS MERKOWITZ; CONVERT LETTER TO MS MERKOWITZ INTO PDF FORMAT SO THAT IT CAN BE EMAILED TO HER SINCE HER FAX WAS NOT WORKING | 0.3 | JMS | 45.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 4/20/2006 | CHECK ELEC FILINGS; RECEIVE PL'S OPP RE MOTION TO DISMISS | 0.3 | JMS | 45.00 |
| 4/21/2006 | REVIEW PL'S OPPOSITION TO DEF'S MOTION TO DISMISS; UPDATE PLEADINGS BOARD | 0.4 | JMS | 60.00 |
| 4/26/2006 | DRAFT REPLY RE MOTION TO DISMISS; CASE LAW RESEARCH RE "CAPABLE OF REPETITION YET EVADING REVIEW" | 2.8 | JMS | 420.00 |
| 4/27/2006 | REVIEW REPLY TO OPPOSITION TO MOTION TO DISMISS | 0.3 | LED | 58.50 |
| 4/27/2006 | FINISH DRAFTING REPLY RE MOTION TO DISMISS; EDIT AND REVISE REPLY; DISCUSS STRATEGY W/ LED AND EDD; FINALIZE REPLY; CONVERT TO PDF; FILE REPLY ELECTRONICALLY | 3.8 | JMS | 570.00 |
| 4/27/2006 | READ & REVIEW DRAFT OF DEFENDANT'S REPSONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS. | 0.5 | EDD | 147.50 |
| 5/5/2006 | REVIEW RULES; PCW/ LED RE: PREPARING OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY. | 0.9 | EDD | 265.50 |
| 5/5/2006 | DRAFT, FORMAT AND FILE OPPOSITION TO MOTION FOR LEAVE | 1.1 | LED | 214.50 |
| 5/16/2006 | TCW/ CLIENT TO PROVIDE UPDATE ON STATUS OF APPEAL; INSTRUCT ASSISTANT TO COPY AND MAIL RECENT PLEADINGS. | 0.5 | EDD | 147.50 |
| 7/14/2006 | CHECK AND PRINT ELEC FILINGS; REVIEW OPINION DISMISSING CASE; REVIEW CASE LAW RE ATTY FEES | 0.5 | JMS | 75.00 |
| 7/21/2006 | READ AND REVIEW FEDERAL COURT DECISION; TC/ CLIENT; PREPARE LETTER TO CLIENT. | 0.9 | EDD | 265.50 |

**Total**

**Payments/Credits**

**Balance Due**

# Dalton, Dalton & Houston,

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. (Jeppsen,... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 7/23/2006 | RESEARCH RE MOTION FOR RECONSIDERATION OF THE JUDGMENT AND TIMELINES FOR MOTION | 0.3 | JMS | 45.00 |
| 7/24/2006 | RESEARCH CASE LAW RE JUDICIAL IMPRIMATUR, PREVAILING PARTY STATUS; BEGIN DRAFTING MOTION TO AMEND THE JUDGMENT AND AWARD ATTY FEES. | 3.4 | JMS | 510.00 |
| 7/25/2006 | DRAFT AND REVISE MOTION TO AMEND | 2.5 | JMS | 375.00 |
| 7/26/2006 | RESEARCH CURRENT LAFFEY MATRIX; RESEARCH CASE LAW FOR ATTY FEE PETITION; DRAFT MOTION / FEE PETITION; DRAFT DECLARATIONS OF EDD & JMS; | 3.5 | JMS | 525.00 |
| 7/26/2006 | REVIEW DRAFT OF MOTION TO AMEND THE ORDER AND ASSIST IN PREPARATION OF ATTY FEE PETITION. | 0.9 | EDD | 265.50 |
| 7/27/2006 | PROOF READ MOTION AND DECLARATIONS FOR LED, JMS, EDD; SEND TO EDD FOR REVISIONS; REVISE AND FINALIZE THE MOTION FOR FILING; CONVERT ALL DOCS TO PDF AND FILE ELECTRONICALY | 1.5 | JMS | 225.00 |
| 7/27/2006 | REVIEW MOTION FOR RECONSIDERATION AND MAKE REVISIONS. | 1 | EDD | 295.00 |

| | |
|---|---|
| **Total** | $19,996.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,996.50 |