IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1309 (RJL) |
| JEPPSEN | : | |
| Defendant. | : | |

### DECLARATION OF ELLEN DOUGLASS DALTON

I, Ellen Douglass Dalton, hereby declare and state the following:

1. I am a principal in the law firm Dalton, Dalton & Houston, P.C. and I submit this declaration in support of reimbursement of attorneys' fees and expenses incurred on behalf of the Defendant.

2. I received a Bachelor of Arts degree from the West Virginia University in 1979. I received a Juris Doctorate degree from the Thomas M. Cooley Law School in 1984. I am a member in good standing of the bars of the District of Columbia, Virginia, and West Virginia. I am admitted to practice in the United States District Court for the District of Columbia, the Supreme Court of Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, and the Supreme Court of Appeals of West Virginia.

3. After graduating law school, I joined my father and brother in the practice of law and was a partner in the firm of Douglass, Douglass and Douglass. My father has been a practicing attorney for thirty years and had maintained a general practice. Six months after my

Attachment C

association with the firm, my father was elected Circuit Court judge and my brother and I carried on the general practice of law that had been started by my father. During my association with my father and brother, I was on the court appointed lists and represented indigent juveniles and adults in criminal matters before the magistrate and circuit court, conducted title searches for banks and attended loan closings, drafted wills and was involved in an extensive custody case which was appealed to the West Virginia Supreme Court where I appeared for oral argument in the case.

In November 1985, I married a local attorney who had since moved to the metropolitan area of Washington, D.C. We established a home in Northern Virginia, and I took the Virginia Bar. Thereafter, I became a member of the law firm of Lewis, Wilson, Lewis & Jones, Ltd. for seven years, during which time I was made a partner. During my tenure at Lewis, Wilson, Lewis & Jones, I also became barred in the District of Columbia and was responsible for representing both plaintiffs and defendants in civil litigation. I appeared in a number of Circuit and Federal Courts in Virginia and the District of Columbia.

In 1993, my husband and I formed our own law firm, Dalton & Dalton, P.C., which subsequently became Dalton, Dalton & Houston, P.C. Initially, I continued representing plaintiffs in civil litigation. Thereafter, I became interested in the rights of children with regard to special education. Approximately ninety percent of my time and focus since then has been with regard to representing these children. I have participated in hundreds of administrative hearings and have received Hearing Officer Determinations and settlement agreements with regard to these children.

4. I am familiar with the prevailing market rates for legal services in the Washington, D.C. area. The rates charged by me are current market rates that are charged to paying clients of my firm and are significantly below the prevailing rates in the District of Columbia market for legal services.

5. The District of Columbia has paid my attorney fee petitions at my current rate of $295.00.

6. I have maintained contemporaneous, regular, complete records of all the time I have spent providing legal services in connection with this matter. Those records, which contain a summary description of time and services rendered on a daily basis, were entered into a computerized billing memorandum. I have personally reviewed the billing memorandum for legal services furnished in connection with this case and for which fees and expenses are sought in this Motion.

7. Attachment A to this Declaration contains an accurate itemized description of the legal services in connection with these cases furnished by me, Ellen Douglass Dalton, attorneys Laura E. Duos and Jessica M. Smith, and law clerk Kathryn T. McAuliffe during the period for which compensation is sought. Attachment A and the exhibits further provide applicable billing rates, amounts recorded and the amount requested for each service provided on behalf of the client. The exhibits to Attachment A were prepared at my direction and under my supervision, utilizing the contemporaneous time records and computerized billing statements. As reflected in the statement, we are presently seeking $19,996.50 based on current rates and in my judgment this is a reasonable amount that would be billed to a paying client in similar circumstance.

8. Throughout this proceeding, I have endeavored to represent the interests of the Defendant in the fullest and most efficient way possible. I have endeavored to avoid any unnecessary duplication of work. The time for which I am claiming compensation is detailed in the attached summary and was reasonably and necessarily expended.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2006

*Ellen Douglass Dalton*
Ellen Douglass Dalton, Esq.
D.C. Bar Number 411612