**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA      :
     :
        Plaintiff,      :
     :
v.      :
     :      Civil Action No. 05-1309 (RJL)
JEPPSEN      :
     :
        Defendant.      :
     :
_____ :

## DECLARATION OF LAURA E. DUOS

I, Laura E. Duos, hereby declare and state the following:

1.       I am an associate attorney in the law firm Dalton, Dalton & Houston, P.C. and I submit this declaration in support of reimbursement of attorneys' fees and expenses incurred on behalf of the Defendant.

2.       I received a Bachelor of Arts degree from Vanderbilt University in 1999.  I received a Juris Doctorate degree, from the American University, Washington College of Law in 2003. I am a member in good standing of both the District of Columbia and Maryland bars.  I am admitted to practice in the Maryland Court of Appeals,  the United States District Court for the District of Maryland and the District of Columbia Court of Appeals.

3.       While attending law school, I interned at Dalton, Dalton & Houston, from June 2002-May 2003.  As an intern, I worked with special education students who were in the juvenile and neglect system of District of Columbia.  I assisted with preparing for special education due process hearings in both the District of Columbia and Virginia.  I appeared at due process hearings and at Superior Court hearings for these students.  I also drafted a number of

**Attachment D**

federal court pleadings for cases appealed to federal district court in both the District of Columbia and Virginia. Prior to this internship, I worked as an autism therapist, a crisis counselor and assisted with research regarding the effects of maternal depression on children. These experiences led to my interest in special education law.

4.    In August of 2003, I began working as an associate attorney at Dalton, Dalton & Houston. Since that time, I have successfully represented both students and schools in administrative due process hearings in the District of Columbia and have obtained Hearing Officer Determinations and settlement agreements with regard to these types of cases. Additionally, I have assisted the partners on federal cases in both the United States District Court for the District of Columbia, and the United States Court of Appeals for the District of Columbia Circuit.

5.    I am familiar with the prevailing market rates for legal services in the Washington, D.C. area. The rates charged by me are current market rates that are charged to paying clients of my firm and are below the prevailing rates in the District of Columbia market for legal services.

6.    The District of Columbia has paid my attorney fee petitions at my current rate of $195.00.

7.    I have maintained contemporaneous, regular, complete records of all the time I have spent providing legal services in connection with this matter. Those records, which contain a summary description of time and services rendered on a daily basis, were entered into a computerized billing memorandum. I have personally reviewed the billing memorandum for legal services furnished in connection with this case and for which fees and expenses are sought

in this Motion.

8.    Attachment A to this Declaration contains an accurate itemized description of the legal services in connection with these cases furnished by me, Laura E. Duos, attorneys Ellen Douglass Dalton and Jessica M. Smith, and law clerk Kathryn T. McAuliffe during the period for which compensation is sought.  Attachment A and the exhibits further provide applicable billing rates, amounts recorded and the amount requested for each service provided on behalf of the client.  The exhibits to Attachment A were prepared at my direction and under my supervision, utilizing the contemporaneous time records and computerized billing statements. As reflected in the statement, we are presently seeking  $19,996.50  based on current rates and in my judgment this is a reasonable amount that would be billed to a paying client in similar circumstance.

9.    Throughout this proceeding, I have endeavored to represent the interests of the Defendant in the fullest and most efficient way possible.  I have endeavored to avoid any unnecessary duplication of work.  The time for which I am claiming compensation is detailed in the attached summary and was reasonably and necessarily expended.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2006

_Laura E. Duos_

Laura E. Duos, Esq.
D.C. Bar #495793