## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE DISTRICT OF COLUMBIA     :

     Plaintiff,     :

     :

v.     :

     :     Civil Action No. 05-1309 (RJL)

JEPPSEN     :

     :

     Defendant.     :

     :

_____ :

### DECLARATION OF JESSICA M. SMITH

I, Jessica M. Smith, hereby declare and state the following:

1.     I am an associate attorney in the law firm Dalton, Dalton & Houston, P.C. and I submit this declaration in support of reimbursement of attorneys' fees and expenses incurred on behalf of the Defendant.

2.     I received a Bachelor of Arts degree from Gettysburg College in 2001. I received a Juris Doctorate degree from the American University, Washington College of Law in 2005. I am a member in good standing of the Virginia bar and I am practicing in the District of Columbia under Rule 49(c)(8) of the District of Columbia Court of Appeals while my application for admission is pending. I am admitted to practice in the Supreme Court of Virginia and the United States District Court for the Eastern District of Virginia.

3.     While attending law school, I was a judicial intern for the Honorable Joseph A. Greenaway, Jr., of the United States District Court for the District of New Jersey. I worked as a legal intern at the United States Department of Justice, Civil Rights Division, Special Litigation Section, which prosecutes violations of the Civil Rights for Institutionalized Persons Act. I was

**Attachment E**

also a Dean's Fellow for an Associate Dean at the Washington College of Law, where I conducted research related to the Americans with Disabilities Act, the Civil Rights Act of 1964, and the legal rights of individuals with disabilities. Prior to attending law school, I worked as a mental health counselor, which sparked my interest in disability related issues in the law.

In January 2005, I began working at Dalton, Dalton & Houston as a law clerk, at which time I assisted in the representation of children in special education cases in the District of Columbia. Thereafter, in September 2005, I began working as an associate attorney at Dalton, Dalton & Houston. Since that time, I have successfully represented both students and schools in administrative due process hearings in the District of Columbia and have obtained Hearing Officer Determinations and settlement agreements with regard to these types of cases. Additionally, I have assisted the partners and senior attorneys on federal cases in both the United States District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia Circuit.

4.    I am familiar with the prevailing market rates for legal services in the Washington, D.C. area. The rates charged by me are current market rates that are charged to paying clients of my firm and are below the prevailing rates in the District of Columbia market for legal services.

5.    The District of Columbia has paid my attorney fee petitions at my current rate of $150.00.

6.    I have maintained contemporaneous, regular, complete records of all the time I have spent providing legal services in connection with this matter. Those records, which contain a summary description of time and services rendered on a daily basis, were entered into a

computerized billing memorandum. I have personally reviewed the billing memorandum for legal services furnished in connection with this case and for which fees and expenses are sought in this Motion.

7.    Attachment A to this Declaration contains an accurate itemized description of the legal services in connection with these cases furnished by me, Jessica M. Smith, attorneys Ellen Douglass Dalton and Laura E. Duos, and law clerk Kathryn T. McAuliffe during the period for which compensation is sought. Attachment A and the exhibits further provide applicable billing rates, amounts recorded and the amount requested for each service provided on behalf of the client. The exhibits to Attachment A were prepared at my direction and under my supervision, utilizing the contemporaneous time records and computerized billing statements. As reflected in the statement, we are presently seeking $19,996.50 based on current rates and in my judgment this is a reasonable amount that would be billed to a paying client in similar circumstance.

8.    Throughout this proceeding, I have endeavored to represent the interests of the Defendant in the fullest and most efficient way possible. I have endeavored to avoid any unnecessary duplication of work. The time for which I am claiming compensation is detailed in the attached summary and was reasonably and necessarily expended.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2006

_Jessica M. Smith_

Jessica M. Smith, Esq.
D.C. Bar Pending