# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE DISTRICT OF COLUMBIA  :
          :
          :
  Plaintiff,     :
          :  Civil Action No. 05-1309 (RJL)
v.          :
          :
JEPPSEN       :
          :
  Defendant.    :
          :
_____:

## NOTICE OF APPEAL

Notice is hereby given this 9th day of November, 2006, that Defendants Carolyn Jeppsen and minor M.J., by her parent and next friend Carolyn Jeppsen, hereby appeal in part to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on the 13th day of July, 2006[1], denying the Defendants prevailing party status and attorneys' fees.

            Respectfully submitted,

              /s/
            _____
            ELLEN DOUGLASS DALTON, Esq.
            Counsel for the Defendant
            D.C. Bar No. 411612
            Dalton, Dalton, & Houston P.C.
            1008 Pendleton Street
            Alexandria, Virginia 22314
            (703) 739-4300
            (703) 739-2323 (fax)

---

[1] Defendant's Motion to Alter the Judgment pursuant to Fed. R. Civ. P. 59(e) was denied on October 18, 2006.

_____/s/_____
WILLIAM E. HOUSTON Esq.
Counsel for the Defendant
D.C. Bar No. 450223
Dalton, Dalton, &  Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (fax)

**CLERK**      Please mail copies of the above Notice of Appeal to the following address
indicated:

Maria L. Merkowitz
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
Sixth Floor, South
Washington, DC 20001
202-442-9842 (ph)
202-727-3625 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically,

on this 9th  day of November, 2006.


_____/s/_____
Ellen Douglass Dalton, Esq.
Counsel for the Defendants