IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1309 (RJL) |
| JEPPSEN | : | |
| Defendant. | : | |

**DEFENDANT'S
PETITION FOR ATTORNEYS' FEES**

COMES NOW, the Defendant by and through counsel, and moves this honorable Court to award the Defendant reasonable attorneys' fees in the amount of $48,228.00.  Attached please find the Defendant's Memorandum of Points and Authorities in support of this Motion.

Wherefore, the Defendant urges the Court to grant her Motion and to provide counsel with an opportunity, if necessary, for oral argument on this Motion.

April 11, 2008

Respectfully submitted,

_____/s/_____
ELLEN DOUGLASS DALTON, Esq.
Bar # 411612
_____/s/_____
PAUL S. DALTON, Esq.
Bar # 439118
Counsel for the Defendant
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1309 (RJL) |
| JEPPSEN, | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT'S MOTION TO AMEND THE JUDGMENT AND PETITION FOR ATTORNEYS' FEES**

On February 1, 2008, the United States Court of Appeals for the District of Columbia Circuit remanded the judgment of the District Court from which the Defendant appealed, for further proceedings in accordance with the opinion of the Circuit Court of Appeals. The Court found in favor of the Defendant and held that the dismissal of the District's case was a decision on the merits and therefore the District Court has jurisdiction to award attorneys' fees. attorneys' fees.

Accordingly, by way of this Motion, the Defendant hereby petitions this Court for an award of attorneys' fees incurred in this proceeding pursuant to Fed. R. Civ. P. 54(d), Local Rule 54.2, and 20 U.S.C. § 1415(i)(3)(B). The Defendant requests that this honorable Court award attorneys' fees in the amount of $48,228.00. *See* Attachment A, a summary of the attorneys' fees. The attached declarations of undersigned counsel support the detailed accounting of these

2

sums. *See* Attachments C,C-1 D, E. Should the Defendant prevail on the instant Motion, the Defendant respectfully reserves the right to submit a supplemental motion for fees and costs incurred in any subsequent fee litigation.

In support of this Motion, the Defendant states as follows:

**I.      The Hourly Rates Are Reasonable and Consistent with the Rates Prevailing in the Community.**

The work of the Defendant's counsel should be valued at a rate which reflects the customary fee for similarly complex work and the experience, reputation and ability of the individual attorneys. As nearly as possible, market rates should prevail. *See*, *Hensley v. Eckerhart*, 461 U.S. 424, 447 (1983). Under *Hensley*, the fee applicant bears the burden of "documenting the appropriate hours expended and hourly rates . . . and should exercise 'billing judgment' . . . ." 461 U.S. at 437. In submitting this petition, the Defendant's counsel have exercised "billing judgment" and have properly documented their time expended as evidenced in the attached declarations and billing statements.

The Defendant seeks an award of attorneys' fees for Paul S. Dalton's services in the instant case at an hourly rate of $425.00; Ellen Douglass Dalton's services in the instant case at the hourly rate of $295.00/ $325.00 and an award of fees for associate attorneys at the hourly rate of $150.00, $185.00 and $195.00 and, and fees for a legal assistant $125.00 and fee's for a law clerk at the hourly rate of $75.00 per hour. These are the rates currently charged to the firm's clients for work performed by Paul S. Dalton, Ellen Douglass Dalton, associate attorneys, and law clerks. The hourly rates which the Defendant requests are documented in the attached Declarations of Paul S. Dalton, Esq. Ellen Douglass Dalton, Esq., Laura E. Duos, Esq., and

3

Jessica M. Smith, Esq.

In the District of Columbia, case law originally developed a fee matrix. *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354, 371-72 (D.D.C. 1983), *rev'd on other grounds*, 746 F. 2d 4 (D.C. Cir. 1984), *cert denied*, 472 U.S. 1021 (1985) (herein *"Laffey* fee schedule"). The *Laffey* fee schedule has been described as "an accurate and updated schedule of fees in the District." *Trout v. Ball*, 705 F. Supp. 705, 709, n. 10 (D.D.C. 1989). In 1991 the U.S. Attorney's Office for the District of Columbia developed its own updated *Laffey* fee matrix and has since supplemented it. *See* Attachment B. Its version adds the Consumer Price Index of the Washington, D.C. metropolitan area to the rate for the prior year, and then rounding up if within $3 of the next multiple of $5. This matrix, as updated and supplemented, provides specific evidence of the prevailing market rate for attorneys in the District of Columbia. Moreover, it is clear that a prevailing party should be awarded attorneys' fees at the prevailing market rate. *See Covington v. District of Columbia, et al.,* 57 F. 3d 1101 (D.C. Cir. 1995).

As reflected in the declarations of Paul S. Dalton and Ellen Douglass Dalton, they have extensive legal experience. *See* Attachment C & C-1. The rates charged by these attorneys are reasonable and are actually below the prevailing hourly market rates in the Washington metropolitan area. Moreover, both Paul S. Dalton and Ellen Douglass Dalton have been paid at their respective rates by D.C. Public Schools and LEA Charter Schools in cases involving IDEA and administrative due process hearings.

**II.    The Number of Hours Worked Are Reasonable and Were Necessary
        to Obtain the Results.**

The Defendant's counsel's time is modest and reasonable in light of the fact that the administrative action was initiated on behalf of a student with disabilities and her parents, who prevailed below, and who had to defend the Plaintiff's appeal of the administrative decision, which was unsuccessful and dismissed by this Court. The amount of time spent on behalf of the Defendant in this case is set forth in Attachment A.

In summary, the experience and skill of the Defendant's counsel, the quality of representation which resulted in obtaining the relief sought in favor of this Defendant, and the comparable cost of similar legal work justifies the billing rates requested by Defendant.

### IV.     Attorneys' Fees.

| | |
|---|---|
| Paul S. Dalton, Esq. ($425.00 / hour) | $ 8,032.50 |
| Ellen Douglass Dalton, Esq. ($295.00 / $325.00 hour) | $13,929.50 |
| Laura E. Duos, Esq.   ($195.00 / hour) | 1,306.50 |
| Jessica M. Smith, Esq. ($150.00 / hour; $185.00) | $21,674.50 |
| Sonya Earle ($150.00 / hour) | 600.00 |
| Kathryn T. McAuliffe ($75.00 / hour) | $ 2,685.00 |
| Total amount requested | $48,228.00 |

## CONCLUSION

WHEREFORE, the Defendant is the prevailing party and the Defendant's counsel have significantly limited their request for fees to only that time which would be charged to regular paying clients after the exercise of reasonable billing judgment and only the base compensation amount without any multiplier.

For the foregoing reasons, the Defendant respectfully requests that this honorable Court amend its judgment filed on July 13, 2006 and award the Defendant reasonable attorneys' fees in the amount of $ 48, 228.00.

April 11, 2008                                          Respectfully submitted,

                                                        /s/
                                                        ELLEN DOUGLASS DALTON, Esq.
                                                        Counsel for the Defendant
                                                        Bar # 411612

                                                        /s/
                                                        PAUL S. DALTON, Esq.
                                                        Bar # 439118
                                                        Counsel for the Defendant
                                                        Dalton & Dalton, P.C.
                                                        1008 Pendleton Street
                                                        Alexandria, Virginia 22314
                                                        (703) 739-4300
                                                        (703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 11th day of April, 2008.

          /s/
ELLEN DOUGLASS DALTON, Esq.


          /s/
PAUL S. DALTON, Esq.
Counsel for the Defendant