**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---|---|
| Administrative | |

| Terms | Project |
|---|---|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 6/29/2005 | TCW/ MS. MERKOWITZ RE: DCPS FILING APPEAL TO FEDERAL COURT. | 0.2 | EDD | 59.00 |
| 7/7/2005 | TCW/MS. JEPPSEN RE: DCPS FILING APPEAL TO FEDERAL COURT | 0.1 | EDD | 29.50 |
| 7/18/2005 | READ AND REVIEW COMPLAINT; TCW/ ATTY. MERKOWITZ; REVIEW IEP AND OTHER DOCUMENTS SUBMITTED AT DUE PROCESS HEARING; PREPARE DRAFT ANSWER. | 3 | EDD | 885.00 |
| 7/19/2005 | REVIEW & REVISE DRAFT ANSWER;  REVIEW CASE MANAGEMENT ORDER; SUBMIT ANSWER ELECTRONICALLY. | 2 | EDD | 590.00 |
| 7/22/2005 | PREPARE RETAINER AGREEMENT AND LETTER TO CLIENT. | 1 | EDD | 295.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

**Attachment    A**

| Phone # | Fax # | E-mail |
|---|---|---|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
| --- | --- |
| Administrative | |

| | Terms | Project |
| --- | --- | --- |
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
| --- | --- | --- | --- | --- |
| 8/4/2005 | READ & REVIEW THREE OTHER HEARING OFFICER'S DETERMINATIONS PERTAINING TO THE SAME ISSUES IN OUR CASE TO DETERMINE WHETHER DECISIONS WERE SIMILAR AND NOT CONFLICTING ON THE LEGAL ISSUES; TCW/ MS. JEPPSEN; TCW/ MARIA MERKOWITZ RE: CASE MANAGEMENT SCHEDULING ORDER. | 2.4 | EDD | 708.00 |
| 8/12/2005 | REVIEW MEET & CONFER STATEMENT AND REVISE VERSION FROM DCPS COUNSEL. | 1 | EDD | 295.00 |

| | Total | |
| --- | --- | --- |
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 8/23/2005 | REVIEW CONFIRMATION OF MEETING NOTICE FROM MS. OWENS; PREPARE LETTER TO CLIENT; TC/ TO CLIENT; TCW/ MS. MARKOWITZ RE: FILING OF MEET & CONFER STATEMENT; REVIEW ORDER ENTERED BY JUDGE RE: SCHEDULING AND BRIEFING DATES; POSTED DATES ON CALENDAR. | 1 | EDD | 295.00 |
| 10/29/2005 | READ & REVIEW ADMINSTRATIVE RECORD | 3 | EDD | 885.00 |
| 11/4/2005 | CONTINUE READING AND REVIEWING ADMINSTRATIVE RECORD IN PREPARATION FOR MOTIONS AND OPPOSITIONS. | 3 | EDD | 885.00 |
| 11/16/2005 | RECEIVE AND READ MOTION FOR SUMMARY JUDGMENT. | 1 | EDD | 295.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 11/23/2005 | BEGIN REVIEW OF RECORD IN PREPARATION FOR DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 2 | KTM | 150.00 |
| 11/25/2005 | CONTINUE REVIEW OF RECORD AND BEGIN CASE LAW RESEARCH IN PREPARATION FOR DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 1 | KTM | 75.00 |
| 11/26/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 2 | KTM | 150.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 11/29/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 3 | KTM | 225.00 |
| 11/30/2005 | CONTINUE REVIEW OF RECORD AND CASE LAW RESEARCH IN PREPARATION OF DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 1 | KTM | 75.00 |
| 12/1/2005 | BEGIN DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 4 | KTM | 300.00 |
| 12/2/2005 | CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; SUBMIT TO E. DALTON FOR REVIEW. | 4 | KTM | 300.00 |

| Total | |
|-------|--|
| Payments/Credits | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 12/12/2005 | CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DISCUSSION WITH E. DALTON REGARDING SAME. | 4 | KTM | 300.00 |
| 12/13/2005 | REVIEW & REVISE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | 1 | EDD | 295.00 |
| 12/13/2005 | CONDUCT ADDITIONAL CASE LAW RESEARCH PURSUANT TO DISCUSSION WITH E. DALTON; CONTINUE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 6 | KTM | 450.00 |
| 12/14/2005 | COMPLETE DRAFTING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; SUBMIT TO E. DALTON FOR REVIEW. | 3 | KTM | 225.00 |
| 12/27/2005 | CHECK AND PRINT ELEC FILING | 0.2 | JMS | 30.00 |

| | | Total | |
|---|---|---|---|
| | | Payments/Credits | |
| | | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|--|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 1/25/2006 | DISCUSS FILING MOTION FOR SUMMARY JUDGEMENT OR IN THE ALTERNATIVE MOTION TO DISMISS WITH WEH; REVIEW PLEADINGS; TC/ MS. MERKOWITCZ RE: REQUESTING CONSENT TO FILE MOTION FOR SUMMARY JUDGMENT; PCW/ JMS TO PREPARE MOTION FOR LEAVE TO FILE MOTION AND MOTION. | 1 | EDD | 295.00 |
| 1/25/2006 | REVIEW LOCAL RULES FOR MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND CASE LAW REGARDING MOOTNESS | 0.4 | LED | 78.00 |
| 1/25/2006 | DRAFT MOTION FOR LEAVE TO FILE / MOTION TO DISMISS | 1.8 | JMS | 270.00 |
| 1/26/2006 | REVIEW MOTION AND TCW/ MS. MERKOWITZ | 0.5 | EDD | 147.50 |
| 1/30/2006 | CHECK AND PRINT ELEC FILING; REVIEW DCPS REPLY RE MOTION FOR SJ | 0.3 | JMS | 45.00 |

| | Total | |
|--|-------|--|
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|---|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 1/31/2006 | TCW/ MS. MERKOWITZC; DISCUSS REVISIONS AND REDRAFTING MOTION TO DISMISS. | 0.9 | EDD | 265.50 |
| 1/31/2006 | REVIEW MOTION FOR LEAVE AND FORMAT FOR FILING | 0.2 | LED | 39.00 |
| 1/31/2006 | CONTINUE DRAFTING MOTION FOR LEAVE TO FILE MOTION TO DISMISS BASED ON NEW FACTS RENDERING THE CASE MOOT | 1.4 | JMS | 210.00 |
| 1/31/2006 | FINALIZE MOTION FOR LEAVE TO FILE MOTION TO DISMISS; SCAN DOCUMENTS FOR ELEC FILING; FILE MOTION AND ATTACHED EXHIBITS | 0.8 | JMS | 120.00 |
| 2/1/2006 | CHECK AND PRINT ELEC FILINGS | 0.1 | JMS | 15.00 |
| 2/8/2006 | CASE LAW RESEARCH RE FEE CAP NOT APPLYING WHEN DC BRINGS CLAIM; CONTINUE DRAFTING MOTION TO DISMISS | 1.2 | JMS | 180.00 |
| 2/8/2006 | PROOF READ / EDIT MOTION TO DISMISS | 0.5 | JMS | 75.00 |

| | Total | |
|---|-------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 2/9/2006 | REVISE AND PRINT MOTION TO DISMISS FOR EDD REVIEW | 0.3 | JMS | 45.00 |
| 2/13/2006 | RESEARCH AND REVIEW TIMELINES FOR FILING ANSWERS TO MOTIONS | 0.3 | JMS | 45.00 |
| 2/15/2006 | REVIEW PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; PCW/JMS RE: REPLY; PREPARE LETTER TO CLIENT; REVIEW BILLING ; READ, REVIEW AND REVISE MOTION TODISMISS IN PREPARATION FOR FILING ONCE LEAVE IS GRANTED. | 2 | EDD | 590.00 |
| 2/15/2006 | CHECK AND PRINT ELECTRONIC FILINGS; REVIEW PLAINTIFF'S OPPOSITION TO DEF'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS; DISCUSS CASE STRATEGY AND REPLY MOTION OPTIONS WITH EDD & LED | 0.6 | JMS | 90.00 |

| | Total | |
|---|-------|---|
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

# Invoice

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA 22314-1837

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 2/17/2006 | PCW/ JMS RE: ARGUMENTS TO MAKE IN OUR REPLY TO PLTF'S OPPOSITION TO MOTION TO DISMISS. | 0.2 | EDD | 59.00 |
| 2/17/2006 | RESEARCH RE: SPECIAL DAMAGES & TIMELINES FOR MOTIONS TO DISMISS AFTER NEW FACTS ARISE | 2 | JMS | 300.00 |
| 2/17/2006 | DRAFT AND EDIT REPLY TO PL'S OPPOSITION TO DEF'S MOTION FOR LEAVE TO FILE A MOTION TO DISMISS | 2.4 | JMS | 360.00 |
| 2/17/2006 | REVIEW REPLY TO MOTION FOR LEAVE; REVIEW FED RULES FOR RULES ON MOTIONS TO DISMISS AND TIMELINES | 0.3 | LED | 58.50 |
| 2/18/2006 | REVIEW EDITS RE MOTION TO DISMISS | 0.5 | JMS | 75.00 |

| | |
|--|--|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 2/20/2006 | READ AND REVIEW DRAFT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION TO DISMISS. | 0.8 | EDD | 236.00 |
| 2/20/2006 | DRAFT AND SEND REQUEST FOR TRANSCRIPT OF 2ND DP HEARING TO SHO FOR USE IN FEDERAL MOTION TO DISMISS | 0.3 | JMS | 45.00 |
| 2/20/2006 | EDIT & REVISE MOTION TO DISMISS | 1 | JMS | 150.00 |
| 2/20/2006 | REVISE DEF'S REPLY TO PL'S OPPOSITION RE MOTION FOR LEAVE TO FILE MOTION TO DISMISS | 0.5 | JMS | 75.00 |
| 2/21/2006 | REVISE AND FINALIZE REPLY FOR MOTION FOR LEAVE; CONVERT TO PDF FOR ELECTRONIC FILING; ELECTRONICALLY FILE REPLY AND TEXT OF PROPOSED ORDER | 1.3 | JMS | 195.00 |
| 2/21/2006 | CHECK AND PRINT ELEC FILINGS | 0.1 | JMS | 15.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2333 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

# Invoice

1008 Pendleton Street
Alexandria, VA  22314-1837

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|---|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 2/24/2006 | LISTEN TO TRANSCRIPT OF CD OF HEARING IN PREPARATION FOR MOTION TO DISMISS. | 1.5 | EDD | 442.50 |
| 2/24/2006 | TCW/ SHO RE REQUEST OF WRITTEN TRANSCRIPT OF HEARING FOR MOTION TO DISMISS | 0.2 | JMS | 30.00 |
| 3/6/2006 | TCW/ EDD RE COURT ORDER; RESEARCH RE FILING MOTION FOR RECONSIDERATION | 0.4 | JMS | 60.00 |
| 3/7/2006 | RESEARCHING MOTIONS FOR RECONSIDERATION | 0.4 | LED | 78.00 |
| 3/7/2006 | CONTINUE RESEARCHING MOTIONS FOR RECONSIDERATION | 0.4 | LED | 78.00 |
| 3/7/2006 | TCW/ JUDGE LEON'S CLERK RE RECENT ORDER; RESEARCH AND PCW/ LED RE MOTION FOR RECONSIDERATION | 0.4 | JMS | 60.00 |

| | Total | |
|---|-------|---|
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|--|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 3/15/2006 | DRAFT AND REVISE MOTION FOR RECONSIDERATION OF 3/2/06 MINUTE ORDER; CONVERT TO PDF FORMAT; SCAN EXHIBITS INTO PDF FORMAT; ELECTRONICALLY FILE MOTION | 1.5 | JMS | 225.00 |
| 3/28/2006 | RECEIVE AND READ DCPS'S RESPONSE TO OUR MOTION FOR RECONSIDERATION; PCW/ JMS RE: OUR REPLY. | 0.3 | EDD | 88.50 |
| 3/31/2006 | REVIEW OPPOSITION AND REPLY TO MOTION FOR RECONSIDERATION | 0.3 | LED | 58.50 |
| 4/3/2006 | FINALIZE REPLY AND FILE ELECTRONICALLY W/ EXHIBITS | 0.5 | JMS | 75.00 |
| 4/3/2006 | READ AND REVIEW DRAFT REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION. | 0.5 | EDD | 147.50 |

| | | |
|--|--|--|
| Total | | |
| Payments/Credits | | |
| Balance Due | | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4200 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 4/4/2006 | CHECK AND PRINT ELEC FILINGS; RECEIVE AND REVIEW ORDER GRANTING DEF'S MOTION FOR RECONSIDERATION AND ORDERING DEF TO FILE MOTION TO DISMISS | 0.2 | JMS | 30.00 |
| 4/4/2006 | REVIEW AND EDIT MOTION TO DISMISS | 0.5 | JMS | 75.00 |
| 4/4/2006 | RECEIVE AND READ ORDER GRANTING MOTION FOR RECONSIDERATION AND ALLOWING DEFENDANT TO FILE MOTION TO DISMISS.  REVIEW DRAFT OF MOTION TO DISMISS AND MAKE REVISIONS. | 1.5 | EDD | 442.50 |
| 4/5/2006 | REVIEW DRAFT OF MOTION TO DISMISS WITH ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES. | 0.7 | EDD | 206.50 |
| 4/5/2006 | REVISE MOTION TO DISMISS & DRAFT ORDER; SCAN EXHIBITS FOR ELECTRONIC FILING | 1.5 | JMS | 225.00 |

| | Total | |
|--|-------|--|
| | Payments/Credits | |
| | Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 4/6/2006 | PCW/ RE STRATEGY W/ EDD | 0.2 | JMS | 30.00 |
| 4/7/2006 | FINALIZE MOTION TO DISMISS; CONVERT MOTION TO PDF FOR ELECTRONIC FILING; FILE MOTION TO DISMISS W/ 5 ATTACHED EXHIBITS AND PROPOSED ORDER | 1.5 | JMS | 225.00 |
| 4/19/2006 | RECEIVE CALL FROM MS. MERKOWITZ; PCW/ JMS RE: DRAFTING RESPONSE TO MS. MERKOWITZ'S REQUEST FOR EXTENSION OF TIME; REVIEW DRAFT LETTER. | 0.3 | EDD | 88.50 |
| 4/19/2006 | REVIEW DOCKET SHEET; LISTEN TO VOICEMAIL REQUEST FOR EXTENSION OF TIME FROM MS MERKOWITZ; DRAFT AND FAX LETTER TO MS. MERKOWITZ; TCW/ MS MERKOWITZ RE PROBLEMS W/ HER FAX MACHINE; EMAIL LETTER TO MS MERKOWITZ | 0.7 | JMS | 105.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4200 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|---|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 4/20/2006 | RECEIVE AND RESPOND TO EMAIL FROM MS MERKOWITZ; CONVERT LETTER TO MS MERKOWITZ INTO PDF FORMAT SO THAT IT CAN BE EMAILED TO HER SINCE HER FAX WAS NOT WORKING | 0.3 | JMS | 45.00 |
| 4/20/2006 | CHECK ELEC FILINGS; RECEIVE PL'S OPP RE MOTION TO DISMISS | 0.3 | JMS | 45.00 |
| 4/21/2006 | REVIEW PL'S OPPOSITION TO DEF'S MOTION TO DISMISS; UPDATE PLEADINGS BOARD | 0.4 | JMS | 60.00 |
| 4/26/2006 | DRAFT REPLY RE MOTION TO DISMISS; CASE LAW RESEARCH RE "CAPABLE OF REPETITION YET EVADING REVIEW" | 2.8 | JMS | 420.00 |
| 4/27/2006 | REVIEW REPLY TO OPPOSITION TO MOTION TO DISMISS | 0.3 | LED | 58.50 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|--|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 4/27/2006 | FINISH DRAFTING REPLY RE MOTION TO DISMISS; EDIT AND REVISE REPLY; DISCUSS STRATEGY W/ LED AND EDD; FINALIZE REPLY; CONVERT TO PDF; FILE REPLY ELECTRONICALLY | 3.8 | JMS | 570.00 |
| 4/27/2006 | READ & REVIEW DRAFT OF DEFENDANT'S REPSONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS. | 0.5 | EDD | 147.50 |
| 5/5/2006 | REVIEW RULES; PCW/ LED RE: PREPARING OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY. | 0.9 | EDD | 265.50 |
| 5/5/2006 | DRAFT, FORMAT AND FILE OPPOSITION TO MOTION FOR LEAVE | 1.1 | LED | 214.50 |

| | Total | |
|--|-------|--|
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 5/16/2006 | TCW/ CLIENT TO PROVIDE UPDATE ON STATUS OF APPEAL; INSTRUCT ASSISTANT TO COPY AND MAIL RECENT PLEADINGS. | 0.5 | EDD | 147.50 |
| 7/14/2006 | CHECK AND PRINT ELEC FILINGS; REVIEW OPINION DISMISSING CASE; REVIEW CASE LAW RE ATTY FEES | 0.5 | JMS | 75.00 |
| 7/21/2006 | READ AND REVIEW FEDERAL COURT DECISION; TC/ CLIENT; PREPARE LETTER TO CLIENT. | 0.9 | EDD | 265.50 |
| 7/23/2006 | RESEARCH RE MOTION FOR RECONSIDERATION OF THE JUDGMENT AND TIMELINES FOR MOTION | 0.3 | JMS | 45.00 |
| 7/24/2006 | RESEARCH CASE LAW RE JUDICIAL IMPRIMATUR, PREVAILING PARTY STATUS; BEGIN DRAFTING MOTION TO AMEND THE JUDGMENT AND AWARD ATTY FEES. | 3.4 | JMS | 510.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 7/25/2006 | DRAFT AND REVISE MOTION TO AMEND | 2.5 | JMS | 375.00 |
| 7/26/2006 | RESEARCH CURRENT LAFFEY MATRIX; RESEARCH CASE LAW FOR ATTY FEE PETITION; DRAFT MOTION / FEE PETITION; DRAFT DECLARATIONS OF EDD & JMS; | 3.5 | JMS | 525.00 |
| 7/26/2006 | REVIEW DRAFT OF MOTION TO AMEND THE ORDER AND ASSIST IN PREPARATION OF ATTY FEE PETITION. | 0.9 | EDD | 265.50 |
| 7/27/2006 | PROOF READ MOTION AND DECLARATIONS FOR LED, JMS, EDD; SEND TO EDD FOR REVISIONS; REVISE AND FINALIZE THE MOTION FOR FILING; CONVERT ALL DOCS TO PDF AND FILE ELECTRONICALY | 1.5 | JMS | 225.00 |
| 7/27/2006 | REVIEW MOTION FOR RECONSIDERATION AND MAKE REVISIONS. | 1 | EDD | 295.00 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 7/25/2006 | REVIEW AND REVISE MOTION TO AMEND JUDGMENT | 0.3 | LED | 58.50 |
| 8/4/2006 | UPDATE CASE FILE | 0.1 | JMS | 18.50 |
| 8/7/2006 | CHECK AND PRINT ELEC FILINGS; RECEIVE AND REVIEW DC'S OPPOSITION RE MOTION TO AMEND JUDGMENT | 0.4 | JMS | 74.00 |
| 8/8/2006 | PCW/ LED RE REVIEW DC OPPOSITION AND DEVELOPE STRATEGY FOR REPLY | 0.3 | JMS | 55.50 |
| 8/14/2006 | DRAFT, FORMAT AND FILE REPLY TO OPPOSITION TO AMEND JUDGMENT | 2.5 | LED | 487.50 |
| 8/15/2006 | CHECK AND PRINT ELEC FILINGS; UPDATE PLEADINGS BOARD | 0.3 | JMS | 55.50 |
| 9/30/2006 | RESEARCH RE FRCP 59(e) STAYING THE TIME TO APPEAL | 1 | JMS | 185.00 |
| 9/30/2006 | DRAFT MEMO TO EDD RE 59(e) RESEARCH | 0.3 | JMS | 55.50 |
| 10/5/2006 | CONTACT COURT FOR STATUS OF PENDING MOTION | 0.2 | JMS | 37.00 |

| | Total |
|--|-------|
| | Payments/Credits |
| | Balance Due |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw... |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 10/18/2006 | CHECK AND PRINT ELEC FILING - MINUTE ORDER; RESEARCH RE TIMELINE TO APPEAL TO DC CIRCUIT | 0.4 | JMS | 74.00 |
| 10/18/2006 | REVIEW FRAP & GENERAL PROCEDURES FOR FILING APPEAL WITH DC CIRCUIT COURT | 1 | JMS | 185.00 |
| 10/19/2006 | FILE FINAL ORDER; REVIEW HISTORY OF CASE; DRAFT & SEND LETTER TO CLIENT RE STATUS OF FINAL ORDER AND STRATEGY TO APPEAL TO DC CIR | 0.6 | JMS | 111.00 |
| 10/19/2006 | REVIEW PLEADINGS; BEGIN TO DEVELOP STRATEGY AND FOCUS POINTS FOR APPEAL | 1 | JMS | 185.00 |
| 10/20/2006 | REVIEW FRAP FOR PROCEDURES & DATE NOTICE OF APPEAL IS DUE | 0.5 | JMS | 92.50 |
| 11/4/2006 | BEGIN DRAFTING NOTICE OF APPEAL TO DC CIR | 0.4 | JMS | 74.00 |
| 11/6/2006 | NOTICE OF APPEAL TO DC CIR | 0.3 | JMS | 55.50 |

| | |
|--|--|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 11/9/2006 | DC CIR: REVISE NOTICE OF APPEAL; PREPARE NOTICE OF APPEAL FOR FILING IN FED CT; FILE NOTICE OF APPEAL; CLOSE DIST CT PLEADING BOARD AND OPEN DC CIR CT PLEADING BOARD; DRAFT LETTER TO CLIENT RE NOTICE OF APPEAL; SEND NOTICE OF APPEAL AND RECEIPT FOR FILING FEE TO CLIENT | 1.6 | JMS | 296.00 |
| 11/13/2006 | CHECK AND PRINT ELEC FILINGS; UPDATE PLEADINGS BOARD | 0.3 | JMS | 55.50 |
| 11/27/2006 | REVIEW ORDER FROM COURT; PCW/ JMS; NOTE DUE DATES ON CALENDAR FOR SUBMISSIONS. | 0.2 | EDD | 65.00 |
| 11/28/2006 | DC CIR: RESEARCH RE APPLICATION FOR ADMISSION | 0.3 | JMS | 55.50 |
| 12/4/2006 | DC CIR: REVIEW PROCEDURES FOR FILINGS DUE | 0.3 | JMS | 55.50 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2322 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 12/13/2006 | REVIEW ORDER; RESEARCH RULES; BEGIN DRAFTING STATEMENT OF ISSUES; DOCKETING STATEMENT; ENTRY OF APPEARANCE; CERT OF COUNSEL, DEFERRED APPENDIX STATEMENT | 2.3 | JMS | 425.50 |
| 12/14/2006 | FINALIZE DOCKETING STATEMENT, ENTRY OF APPEARANCE, STATEMENT OF ISSUES, CERTIFICATE OF COUNSEL & STATEMENT ON DEFERRED APPENDIX; PREPARE DOCS FOR SIGNATURE | 2.3 | JMS | 425.50 |
| 12/15/2006 | PREPARE DOCS FOR FILING ON 12/18 | 0.5 | JMS | 92.50 |
| 12/18/2006 | TRAVEL TO COURT | 0.4 | JMS | 74.00 |
| 12/18/2006 | FILE COURT ORDERED DOCS & SERVE ON DC ATTY | 0.6 | JMS | 111.00 |
| 12/20/2006 | RECEIVE GOV'T DISCLOURE DOCS; FAX COURTESY COPY TO MARY CONNELLY | 0.3 | JMS | 55.50 |

| Total | |
|-------|--|
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 12/27/2006 | BEGIN DRAFTING SUM JUD MOTION | 3.4 | JMS | 629.00 |
| 12/27/2006 | RESEARCH CASE LAW RE BUCKHANNON AND PREVAILING PARTY STATUS | 1.6 | JMS | 296.00 |
| 12/28/2006 | REVIEW AND EDIT MOTION FOR SUMMARY REVERSAL; ADD CITATIONS. | 2 | KTM | 300.00 |
| 12/28/2006 | DRAFT ARGUMENT SECTION OF SJ MOTION; REVIEW CASE LAW IN SUPPORT OF MOTION; EDIT FACTUAL BACKGROUND OF MOTION | 4.2 | JMS | 777.00 |
| 12/29/2006 | REVIEW SUMMARY JUDGMENT MOTION; DISCUSSION WITH JMS | 0.5 | LED | 97.50 |
| 12/29/2006 | REVIEW MOTION FOR SUMMARY REVERSAL; PRINT AND LABEL ATTACHMENTS. | 0.4 | KTM | 60.00 |
| 12/29/2006 | REVIEW CASE LAW; EDIT MOTION FOR SUM JUD; GATHER AND FINALIZE EXHIBITS FOR SJ MOTION | 3.2 | JMS | 592.00 |

| | Total | |
|--|-------|--|
| | Payments/Credits | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 12/30/2006 | PROOF READ MOTION SJ | 0.4 | JMS | 74.00 |
| 1/2/2007 | FINALIZE MOTION FOR SUM JUD FOR FILING | 0.6 | JMS | 111.00 |
| 1/8/2007 | RECEIVE AND READ DISTRICT OF COLUMBIA APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE. | 0.3 | EDD | 97.50 |
| 1/9/2007 | RECEIVE AND REVIEW DC'S MOTION FOR SUMMARY AFFIRMANCE; STATUS CONF W/ EDD | 0.6 | JMS | 111.00 |
| 1/9/2007 | REVIEW OUR MOTION FOR REVERSAL IN PART AND PCW/ JMS RE: OUR REPLY TO DCPS'S MOTION FOR SUMMARY AFFRIMANCE. | 0.7 | EDD | 227.50 |
| 1/15/2007 | CASE LAW RESEARCH RE OPPOSITION TO DEF'S MOTION FOR SUM AFFIRMANCE; BEGIN DRAFTING OPPOSITION | 1.2 | JMS | 222.00 |
| 1/17/2007 | DRAFT OPPOSITION | 0.6 | JMS | 111.00 |
| 1/18/2007 | REVISE AND FINALIZE OPPOSITION | 0.7 | JMS | 129.50 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

# Invoice

1008 Pendleton Street
Alexandria, VA  22314-1837

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 1/24/2007 | REVIEW OPPOSITION; DRAFT REPLY TO DC'S OPPOSITION TO JEPPSEN'S MOTION FOR SUM REV | 0.6 | JMS | 111.00 |
| 1/25/2007 | READ AND REVIEW APPELLANT'S REPLY TO APPELLEE'S OPPOSITION. | 0.2 | EDD | 65.00 |
| 1/25/2007 | TRAVEL TO COURT AND FILE REPLY | 0.6 | JMS | 111.00 |
| 1/30/2007 | FED CT:  CHECK CASE STATUS | 0.1 | JMS | 18.50 |
| 3/3/2007 | UPDATE PLEADINGS BOARD; MAKE COPY OF PLEADINGS BOARD FOR CLIENT; DRAFT LETTER TO CLIENT AND SEND W/ PB | 0.4 | JMS | 74.00 |
| 4/4/2007 | RESEARCHED FRAP REGARDING BRIEFING SCHEDULE. | 0.5 | KTM | 75.00 |
| 4/4/2007 | RECEIVE AND REVIEW COURT ORDER; RESEARCH FRAP RE NEXT STEPS IN APPEAL | 0.6 | JMS | 90.00 |
| 4/9/2007 | SEND COPY OF ORDER TO CLIENT | 0.2 | JMS | 30.00 |

| | |
|--|--|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 4/10/2007 | RECEIVE AND REVIEW ORDER SCHEDULING BRIEFS; SEND COPY TO CLIENT | 0.3 | JMS | 45.00 |
| 5/4/2007 | CIR CT:  RECEIVE MESSAGE FROM CLERK NANCY STANLEY RE PARTIES REQUIRED TO GO TO MEDIATION AND MUST FILE JOINT MOTION TO EXTEND BRIEFING SCHEDULE TO ACCOMDATE FOR MEDIATION; LEFT MSG FOR DC ATTY MS. CONNELLY RE SAME | 0.3 | JMS | 55.50 |
| 5/4/2007 | TCW/ MS. CONNELLY RE JOINT MOTION; DISCUSS STRATEGY FOR MOTION W/ WEH | 0.4 | JMS | 74.00 |
| 5/7/2007 | RECEIVE AND REVIEW PROPOSED JOINT MOTION FROM MS CONNELLY;  MAKE REVISIONS TO MOTION AND SUBMIT TO MS. CONNELLY FOR APPROVAL | 0.6 | JMS | 111.00 |

| | |
|--|--|
| Total | |
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 5/10/2007 | REVIEW MOTION & MEDIATION PACKET; UPDATE PLEADINGS BOARD | 0.4 | JMS | 74.00 |
| 5/14/2007 | REVIEW ORDER RE MEDIATION; DRAFT MEDIATION STATMENT | 1.6 | JMS | 296.00 |
| 5/16/2007 | UPDATE CASE DATABASE | 0.1 | JMS | 18.50 |
| 5/20/2007 | REVISE MEDIATION STATMENT AND ADD INFO REQUESTED BY MEDIATOR | 1.6 | JMS | 296.00 |
| 5/21/2007 | FINALIZE MEDIATION STATEMENT AND SEND TO MEDIATOR AND CLIENT; UPDATE PLEADINGS BOARD | 1.2 | JMS | 222.00 |
| 5/29/2007 | REVIEW RECORD & PREPARE FOR MEDIATION. | 1 | EDD | 325.00 |
| 5/29/2007 | TCW/ CLIENT RE POSITION FOR MEDIATION | 0.3 | JMS | 55.50 |
| 5/30/2007 | ATTEND COURT ORDERED MEDIATION | 2 | EDD | 650.00 |
| 5/30/2007 | TRAVEL TO COURT | 1.4 | JMS | 259.00 |
| 5/30/2007 | ATTEND MEDIATION | 1.8 | JMS | 333.00 |
| 6/5/2007 | TCW/ MEDIATOR RE STATUS | 0.3 | JMS | 55.50 |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 6/11/2007 | TCW/ MEDIATOR | 0.2 | JMS | 37.00 |
| 6/12/2007 | TCW/ MS. SHER (MEDIATOR) | 0.2 | EDD | 65.00 |
| 6/29/2007 | RESEARCH BRIEFING RULES AND BEGIN BRIEF | 3.2 | JMS | 592.00 |
| 7/2/2007 | REVIEW RULES FOR BRIEF AND APPENDIX REQUIREMENTS | 0.6 | JMS | 111.00 |
| 7/3/2007 | PCW/JMS RE: FILING THE APPEAL BRIEF | 0.5 | EDD | 162.50 |
| 7/3/2007 | TCW/ DC ATTY RE DOCS TO INCLUDE IN APPENDIX; DISCUSS STRATEGY W/ EDD; | 0.4 | JMS | 74.00 |
| 7/3/2007 | COMPILE DOCS FOR APPENDIX | 1.8 | JMS | 333.00 |
| 7/4/2007 | DRAFT APPELLATE BRIEF | 6 | JMS | 1,110.00 |
| 7/5/2007 | REVIEW AND REVISE BRIEF FOR APPEAL; PCW/ JMS; TCW/ MS. JEPPSEN. | 1.5 | EDD | 487.50 |

| Total | |
|-------|--|
| Payments/Credits | |
| Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 7/5/2007 | EDIT AND REVISE APPELLATE BRIEF; DRAFT TABLE OF CONTENTS, TABLE OF AUTHORITIES, GLOSSARY, STATUTORY ADDENDUM; FINALIZE APPENDIX; DRAFT TOC FOR APPENDIX; ENSURE COMPLIANCE WITH FRAP REQUIREMENTS; | 8 | JMS | 1,480.00 |
| 7/5/2007 | BRING APPELLATE BRIEF AND APPENDIX TO KINKOS FOR BINDING AND COPYING | 0.7 | JMS | 129.50 |
| 7/5/2007 | PAGINATING 204 PAGES | 1 | SE | 125.00 |
| 7/6/2007 | PICK UP BRIEFS AND APPENDIX FROM KINKOS; MAIL COPIES TO DC ATTY; FILE BRIEF & APPENDIX WITH FED COURT OF APPEALS | 2.6 | JMS | 481.00 |
| 7/11/2007 | UPDATE PLEADINGS BOARD AND COURT OF APPEALS FILE; DRAFT AND SEND LETTER TO CLIENT | 0.8 | JMS | 148.00 |
| 8/10/2007 | RECEIVE AND REVIEW DC'S BRIEF | 1.3 | JMS | 240.50 |

| | | |
|--|--|--|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 8/15/2007 | REVIEW RULES FOR REPLY BRIEF; BEGIN DRAFTING REPLY BRIEF | 2.3 | JMS | 425.50 |
| 8/15/2007 | RESEARCH FRAP FOR REPLY BRIEF RULES; DRAFT REPLY BRIEF; CASE LAW RESEARCH | 4.6 | JMS | 851.00 |
| 8/16/2007 | REVISE BRIEF AND ENSURE COMPLIANCE WITH FRAP AND DC CIR RULES; DRAFT TOC, TOA, GLOSSARY & CERTIFICATE OF COMPLIANCE; GATHER COMPLETE BRIEF AND BRING TO KINKOS FOR BINDING AND COPYING | 3.2 | JMS | 592.00 |
| 8/16/2007 | REVIEW DRAFT OF OUR REPLY BRIEF AND MAKE REVISIONS; PCW/ JMS. | 0.8 | EDD | 260.00 |

| | |
|-|-|
| Total | |
| Payments/Credits | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

# Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 8/17/2007 | TRAVEL TO KINKOS AND PICK UP REPLY BRIEF; TRAVEL TO COURT AND FILE REPLY BRIEF WITH 14 COPIES.  SEND 2 COPIES OF REPLY BRIEF TO OPPOSING COUNSEL; DRAFT AND SEND LETTER TO CLIENT WITH COPY OF REPLY BRIEF; UPDATE CASE FILE | 3.4 | JMS | 629.00 |
| 8/27/2007 | RECEIVE AND REVIEW COURT ORDER SETTING ORAL ARGUMENT DATE; DRAFT AND SEND LETTER TO CLIENT WITH REPLY BRIEF AND ORDER RE ORAL ARGUMENT DATE. | 1.2 | JMS | 222.00 |
| 10/9/2007 | FAXED A DOCUMENT TO THE U.S. COURT OF APPEALS | 0.1 | SE | 12.50 |
| 10/9/2007 | REVIEW NOTICE FROM THE COURT RE: ORAL ARGUMENT AND COMPLETE THE REQUIRED FORM 72 | 0.2 | EDD | 65.00 |

| | Total | |
|---|-------|---|
| | Payments/Credits | |
| | Balance Due | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA 22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| | Terms | Project |
|--|-------|---------|
| | | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 10/17/2007 | REVIEW OF OUR CASES AND BRIEF - DEVELOPMENT OF OUTLINES OF CASES. | 4.5 | PSD | 1,912.50 |
| 10/17/2007 | PUTTING TOGETHER CASE LAW | 3.7 | SE | 462.50 |
| 10/17/2007 | COMPILE CASES AND NECESSARY INFORMATION FOR ORAL ARGUMENT | 1.5 | EDD | 487.50 |
| 10/18/2007 | REVIEW OF DC GOVT CASES CITED IN THEIR BRIEF, DEVELOPMENT OF OUTLINES FOR EACH CASE. | 6 | PSD | 2,550.00 |
| 10/18/2007 | COMPLETION OF CASE OUTLINES FROM BOTH PARTIES AND DEVELOPMENT OF OUTLINE FOR ORAL ARGUMENT - REVIEW. | 4.7 | PSD | 1,997.50 |
| 10/19/2007 | TRAVEL - PRESENTATION OF ORAL ARGUMENTS BEFORE CT OF APPEALS. | 1.9 | PSD | 807.50 |

| | |
|--|--|
| Total | |
| Payments/Credits | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |

**Dalton & Dalton, P.C.**

1008 Pendleton Street
Alexandria, VA  22314-1837

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2005 | 3335 |

| Bill To | BILLING # |
|---------|-----------|
| Administrative | |

| Terms | Project |
|-------|---------|
| | Federal Ct. Jep... |

| Date | Description | Hours | Attorney | Amount |
|------|-------------|-------|----------|--------|
| 10/19/2007 | FINAL REVIEW OF OUTLINE OF ORAL ARGUMENT TO BE PRESENTED TODAY, REVIEW OF BOTH PARTIES BRIEFS SUBMITTED. | 1.8 | PSD | 765.00 |
| 2/4/2008 | RECEIVE AND READ OPINION FROM THE COURT OF APPEALS; TC/ CLIENT; PRPEARE LETTER TO CLIENT; REVIEW BILLING AND PREPARE LETTER TO GOV. ATTY, MS. CONNOLLY WITH COPY OF STATEMENT OF ATTY FEE'S. | 0.9 | EDD | 292.50 |
| 2/7/2008 | REVIEW INVOICE RE: ATTY FEE'S; REVIEW PLEADINGS AND PREPARE LETTER TO OPPOSING COUNSEL RE: ATTY FEE'S. | 1 | EDD | 325.00 |

| | | |
|---|---|---|
| **Total** | | $48,228.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $48,228.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| (703) 739-4300 | (703) 739-2323 | d.castro@daltonlaw.com |