IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Civil Action No. 05-1309 (RJL) |
| JEPPSEN | : | |
| Defendant. | : | |

ORDER

_____Upon consideration of the Defendant's Petition for Attorneys' Fees, it is hereby :

ORDERED, that the Defendant's Petition for Attorneys' Fees is GRANTED;

The Plaintiff is hereby ORDERED to submit payment to the Defendant for attorneys' fees in the amount of $48,228.00 within (30) days of this Order, at which time post-judgment interest will begin to accrue.

_____                                         _____
Date                                                              Richard J. Leon
                                                                         UNITED STATES DISTRICT JUDGE