**IN THE UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE DISTRICT OF COLUMBIA <br> A Municipal Corporation <br> One Judiciary Square <br> Washington, D.C. 20001 <br><br> Plaintiff, <br><br> v. <br><br> M.J. <br> By her parents <br> And next friends, CAROLYN JEPPSEN <br> AND DAVID JEPPSEN <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 05-1309 (RJL) |

## **SCHEDULING ORDER**

Plaintiff District of Columbia, by counsel, hereby submits the following scheduling order discussed at the status conference in the above captioned case on April 14, 2008.

(1) Plaintiff will file an Opposition to Defendants' Motion for attorneys' fees on or before May 14, 2008.

(2) Defendants will file a Reply to Plaintiff's Opposition to Defendants' Motion for attorneys' fees on or before June 4, 2008.

(3) Plaintiff will file a response to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for attorneys' fees on or before June 18, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.,
Suite 6th floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

April 15, 2008