# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7200**                                            **September Term, 2007**

DISTRICT OF COLUMBIA, A MUNICIPAL CORPORATION,
APPELLEE

v.

CAROLYN JEPPSEN AND
M.J., BY HER PARENT AND NEXT FRIEND, CAROLYN JAPPSEN,
APPELLANTS



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED FEB 1 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01309)

Before: GINSBURG, *Chief Judge*, and ROGERS and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/13/08
BY: /s/
ATTACHED: __ Amending Order
            __ Opinion
            __ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: February 1, 2008

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Deputy Clerk